**Opinion filed May 2, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00089-CR

_____

## MATTHEW GERALD HILGER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CR50152**

## M E M O R A N D U M   O P I N I O N

Appellant, Matthew Gerald Hilger, has filed a motion to dismiss this appeal. In the motion, Appellant asks that this appeal be dismissed because, on the advice of counsel, Appellant has decided to waive his right to appeal in this cause. The motion to dismiss is signed by Appellant's counsel; the waiver, which is attached to the motion to dismiss, is signed by Appellant, his counsel, and the trial judge. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

May 2, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.